BLAKESLEE, PERRIN & DARLING, Respondent, v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant.

*Blakeslee, Perrin & Darling* v. *Ocean Accident & Guarantee Corporation, Ltd.*, 166 App. Div. 587, affirmed.

(Argued October 22, 1917; decided November 13, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 11, 1915, in favor of plaintiff upon the submission of a controversy under section 1279 of the Code of Civil Procedure. Defendant had issued to the plaintiff a policy of credit insurance. This policy insured the plaintiff " against actual loss to an amount not exceeding $5,000 on such covered accounts as might be proved under the terms, conditions and limitations of (said) contract." Within the term of this contract the assured suffered a total loss upon an account owing by one Gouverneur E. Smith and Company to the amount of $3,869.08, upon which account there was no salvage. It was conceded that all the preliminary requirements on the part of the assured have been fully met and the controversy presented was merely as to the amount which the defendant was liable to pay under this contract, on account of such loss.

*William Burnet Wright, Jr.*, for appellant.

*H. D. Blakeslee, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, MCLAUGHLIN and CRANE, JJ.